In the United States District Court for the Middle District of Pennsylvania

Jonathan A. Brownlee III
   Plaintiff

v.

Melissa Snyder, of Monroe County Children and Youth Services
   Defendant

Civil No. 3:19-cv-1534

FILED SCRANTON
SEP 23 2019
PER _____ DEPUTY CLERK

## Motion Requesting Leave to File Amended Complaint

Now Into Court comes, Jonathan A. Brownlee III, the undersigned pro se Plaintiff in the above captioned matter respectfully move before this Honorable Court in seeking Leave to File Amended Complaint.

I, Jonathan A. Brownlee III, pro se Plaintiff, hereby request Leave to File Amended Complaint.

1. Plaintiff seeks to amend the complaint so that from now on, the name of the (only) Defendant in the caption reads as, Melissa Snyder, of Monroe County Children and Youth Services (, instead of, John Doe, an Agent of the Monroe County Children and Youth Agency).

2. The remainder of the complaint should remain the same.

Date: September 17th, 2019

Respectfully Submitted by,
/s/ Jonathan A. Brownlee III
Jonathan A. Brownlee III
pro se Plaintiff

Name: Jonathan A Brownlee III
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180

19 SEP 2019 PM 1 L

Office of the Clerk
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148

18501-114848

RECEIVED
SCRANTON

SEP 2 3 2019

PER _____ DEPUTY CLERK