In the United States District Court for the
Middle District of Pennsylvania

Jonathan A. Brownlee III
Plaintiff

v.

Melissa Snyder, of Monroe County
Children and Youth Services
Defendant

Civil No. 3:19-cv-1534

FILED
SCRANTON
SEP 23 2019
PER _____
DEPUTY CLERK

Proposed Amended Complaint

( The remainder of the complaint, other than the caption, should remain the same )

Date: September 17th, 2019

Respectfully Submitted by,
/s/ Jonathan A. Brownlee III
Jonathan A. Brownlee III
pro se Plaintiff

## Certificate of Service

I, Jonathen A. Brownlee III, pro se Plaintiff, hereby certify, that on the date written below, I served the foregoing documents to the Clerk of Court via Postal Mail, or gave the foregoing documents to a reliable courrier to deliver to the Clerk for filing, and so the Clerk may serve the documents to all the applicable parties of the lawsuit.

Respectfully Submitted by,

/S/ Jonathen A. Brownlee
Jonathen A. Brownlee III
pro se Plaintiff

Date: September-17th, 2019

Name: Jonathan A. Brownlee III
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180

19 SEP 2019 PM 1 L

Office of the Clerk
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON

SEP 2 3 2019

PER _____ DEPUTY CLERK

18501-114848