UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN BROWNLEE, III,** | : | Civil No. 3:19-CV-1534 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **MELISSA SNYDER, MONROE COUNTY CHILDREN AND YOUTH SERVS.,** | : | |
| **Defendant.** | : | |

## ORDER

The background of this order is as follows:

The plaintiff filed this *pro se* complaint without paying the filing fee or moving to proceed *in forma pauperis*. The plaintiff is now on notice that the failure to pay the filing fee or move for leave to proceed *in forma pauperis* by October 9, 2019 may result in dismissal of this case. In the meanwhile, the plaintiff has moved to amend the caption of his case, which initially only identified a John Doe defendant, to name Melissa Snyder as the defendant. (Doc. 5.) This motion is GRANTED, and the clerk will identify Melissa Snyder as the named defendant in this action but Brownlee is reminded that his lawsuit is still subject to summary dismissal if he fails to pay the filing fee or move for leave to proceed *in forma pauperis* by October 9, 2019

SO ORDERED, this 25$^h$ day of September 2019.

                                      */s/ Martin C. Carlson*
                                      Martin C. Carlson
                                      United States Magistrate Judge