# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN BROWNLEE, III,** | : | Civil No. 3:19-CV-1534 |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Judge Mannion)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **MELISSA SNYDER, MONROE COUNTY CHILDREN AND YOUTH SERVS.,** | : | |
| | : | |
| **Defendant.** | : | |

## **ORDER**

The background of this order is as follows:

The plaintiff filed this *pro se* complaint without paying the filing fee or moving to proceed *in forma pauperis*. On September 25, 2019, we entered an order directing the plaintiff to either pay the filing fee or move for leave to proceed *in forma pauperis* by October 9, 2019. (Doc. 7). Due to the plaintiff's failure to pay the filing fee or file a motion seeking to proceed *in forma pauperis*, on December 10, 2019, we recommended that the plaintiff's case be dismissed. (Doc. 9).

The plaintiff now seeks an extension of time to file his motion for leave to proceed *in forma pauperis*. (Doc. 10). Brownlee contends that he filled out the IFP paperwork and mailed it to the court in a timely manner, but the paperwork was lost

1

in the mail. (Id.) Thus, he now asks the court for an extension of time to file his motion seeking leave to proceed *in forma pauperis*.

Accordingly, we will VACATE our Report and Recommendation (Doc. 9), which recommended dismissal of Brownlee's complaint due to his failure to pay the filing fee or file his motion seeking IFP status and direct the Clerk of Court to re-send the IFP forms to the plaintiff. The plaintiff shall file his motion seeking IFP status **on or before January 3, 2020.**

SO ORDERED this 19th day of December 2019.

> */s/ Martin C. Carlson*
> Martin C. Carlson
> United States Magistrate Judge