# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN BROWNLEE, III,** | : | Civil No. 3:19-CV-1534 |
| **Plaintiff** | : | (Judge Mannion) |
| v. | : | |
| **MONROE COUNTY CYS, et al.,** | : | (Magistrate Judge Carlson) |
| **Defendants.** | : | |

## ORDER

January 8, 2020

AND NOW, upon consideration of the *prose* Plaintiff's Complaint (Doc.1), accompanied by Application for Leave to Proceed In Forma Pauperis (Doc. 14), and the Certified Prisoner Trust Fund Account Statement (or institutional equivalent) it is hereby ORDERED that:

1. Plaintiff's Application for Leave to proceed in Forma Pauperis (Doc.14) is GRANTED.

2. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the Application to Proceed In Forma Pauperis. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(l) and (2), the Superintendent/Warden, or other appropriate official at Plaintiffs place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

   (A) the average monthly deposits in the inmate's prison account for the past six months, or

   (B) the average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned

docket number. In each succeeding month, when the amount in Plaintiffs inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiffs inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

4. The Clerk of Court is DIRECTED to send a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

5. The Complaint is DEEMED filed.

6. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is directed to SERVE a copy of the Complaint (Doc.1), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399) and this Order on the defendants. In the interests of efficient administrative judicial economy, the Court requests that the Defendant waive service pursuant to Federal Rule of Civil Procedure 4(d).

7. If service is unable to be completed due to Plaintiff's failure to properly name the Defendant(s), or provide an accurate mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiffs claims against the Defendant( s) pursuant to Federal Rule of Civil Procedure 4(m).

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge